FILED
CLERK, U.S. DISTRICT COURT

4/20/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ____CW____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE MYERS,<br><br>         Plaintiff,<br><br>    v.<br><br>COUNTY OF LOS ANGELES CHILD SUPPORT SERVICES DEPARTMENT, CALIFORNIA DEPARTMENT OF HEALTHCARE AND FAMILY DIVISION OF CHILD SUPPORT SERVICES, AND LOS ANGELES COUNTY CHILD SUPPORT SERVICE DEPARTMENT,<br><br>         Defendants. | Case No.: EDCV 19-01182-CJC (KKx)<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH COURT RULES** |

   In this case, filed on June 26, 2019, *pro se* Plaintiff Theodore Myers alleges that Defendants County of Los Angeles Child Support Services Department, California Department of Healthcare and Family Division of Child Support Services, and Los Angeles County Child Support Service Department made him "unwittingly" sign his name on "a fraudulent contract" that created "a debt that they can collect on in using

court orders to enforce fraudulent debt and interest" —apparently child support. (Dkt 1 at 1.) Before the Court is Defendants' *ex parte* application to continue the deadline for filing motions, the pretrial conference, and trial, because Plaintiff has been non-responsive. (Dkt. 30.) Indeed, Defendant states that "Mr. Myers has been absent for the entirety of this lawsuit and has not made any Rule 26 disclosures, nor has he responded to written discovery, and has never responded to counsel herein's letters or phone messages since the inception of this lawsuit," including Defendant's attempt to meet and confer regarding a motion for summary judgment. (Dkt. 30 at 4.)

It is Plaintiff's responsibility to prosecute his case diligently. Even though he is proceeding *pro se*, he is responsible for following court rules regarding serving and filing pretrial documents (including meeting and conferring with opposing counsel regarding those documents), and complying with deadlines. *King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1987), *overruled on other grounds by Lacey v. Maricopa County*, 693 F.3d 896 (9th Cir. 2012) (en banc) ("Pro se litigants must follow the same rules of procedure that govern other litigants."). It appears that Plaintiff has not been doing so. This is not the first time Plaintiff has failed to do so, as the Court has previously issued an order to show cause regarding dismissal for lack of prosecution. (*See* Dkt. 21.) The Court once again **ORDERS** Plaintiff to show cause in writing **by April 29, 2021** why this case should not be dismissed for failure to prosecute and failure to follow court rules. **Failure to file a document by that date will result in dismissal of this case.**

DATED: April 20, 2021

_____
HON. CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE