JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| THEODORE MYERS,<br><br>    **Plaintiff,**<br>v.<br><br>COUNTY OF LOS ANGELES CHILD SUPPORT SERVICES DEPARTMENT, CALIFORNIA DEPARTMENT OF HEALTHCARE AND FAMILY DIVISION OF CHILD SUPPORT SERVICES, AND LOS ANGELES COUNTY CHILD SUPPORT SERVICE DEPARTMENT,<br><br>    **Defendants.** | Case No.: EDCV 19-01182-CJC (KKx)<br><br><br>**JUDGMENT** |

    In this case, Plaintiff alleges that Defendants violated his due process rights by garnishing his wages in order to enforce a stipulated child support order. (Dkt. 1.) Defendants moved for summary judgment, and Plaintiff did not oppose. Having considered the papers presented, the Court hereby **ORDERS** that:

1. Defendants' motion for summary judgment (Dkt. 39) is **GRANTED**.
2. Plaintiff shall take nothing on his complaint against Defendants.
3. Judgment is hereby entered in favor of Defendants and against Plaintiff.

DATED:	July 13, 2021

_____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE